DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**AMELIA ARZOUMANIAN** and **MARK P. ARZOUMANIAN,**
Appellants,

v.

**CLEARVUE OPPORTUNITY XV, LLC, LITTON LOAN SERVICES** and
**U.S. BANK NATIONAL ASSOCIATION,**
Appellees.

Nos. 4D13-3317
and 4D13-4076

[July 23, 2014]

Consolidated appeal of a non-final order and petition for writ of prohibition from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE03-01122(18).

Amelia Arzoumanian and Mark P. Arzoumanian, North Palm Beach, pro se.

Roger A. Kelly of Rush, Marshall, Jones and Kelly, P.A., Orlando, for Appellee, Clearvue Opportunity XV, LLC.

PER CURIAM.

In this consolidated appeal, we deny the petition for a writ of prohibition and, finding no reversible error, affirm the non-final order on appeal.

LEVINE, CONNER, and KLINGENSMITH, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*